IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Powell, Anthony K

Printed: 11/20/07

Case Number: 07 B 08362
Judge: Squires, John H
Filed: 5/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 26, 2007
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,227.00 |  |
| Secured: |  | 2,249.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 724.00 |
| Trustee Fee: |  | 169.76 |
| Other Funds: |  | 83.33 |
| Totals: | 3,227.00 | 3,227.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 724.00 | 724.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 1,009.31 | 56.61 |
| 4. | BMW Financial Services | Secured | 50,401.40 | 2,193.30 |
| 5. | Wilshire Credit Corp | Secured | 22,104.00 | 0.00 |
| 6. | City Of Chicago | Unsecured | 364.02 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 651.56 | 0.00 |
| 8. | BMW Financial Services | Unsecured | 880.67 | 0.00 |
| 9. | American General Finance | Unsecured | 2,208.00 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 291.52 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 130.78 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 799.86 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 151.68 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 601.50 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 328.80 | 0.00 |
| 16. | American General Finance | Secured |  | No Claim Filed |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 19. | Credit Collection | Unsecured |  | No Claim Filed |
| 20. | PDI | Unsecured |  | No Claim Filed |
|  |  |  | $ 80,647.10 | $ 2,973.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 169.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Powell, Anthony K | Case Number: 07 B 08362 |
| | Judge: Squires, John H |
| Printed: 11/20/07 | Filed: 5/8/07 |

_____
$ 169.76

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____